No. D–2196.  IN RE DISBARMENT OF PINGEL.  James F. Pingel, Jr., of Tampa, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2197.  IN RE DISBARMENT OF CHILINGIRIAN.  Jack Chilingirian, of St. Clair Shores, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2198.  IN RE DISBARMENT OF GRADDOCK.  Richard A. Graddock, of West Palm Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2199.  IN RE DISBARMENT OF ADAMS.  John V. Adams, Jr., of Pittsburgh, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2200.  IN RE DISBARMENT OF FEIGENBAUM.  Franklin Feigenbaum, of North Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2201.  IN RE DISBARMENT OF HUBERT.  Douglass Edward Hubert, of Monterey, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M1.  GODWIN v. BROWN ET AL.;
No. 00M2.  LEE v. DRESSER INDUSTRIES, INC.;
No. 00M3.  FAUST v. UNITED STATES;
No. 00M4.  BULLOCK v. UNITED STATES;
No. 00M5.  ROBINSON v. WELBORN, WARDEN;
No. 00M8.  NEELY v. DEPARTMENT OF FAMILY AND CHILDREN SERVICES;

No. 00M10.  SARTORIUS ET VIR *v.* SAPIR, CHAPTER 13 TRUSTEE;

No. 00M12.  SMITH *v.* SPIVEY ET AL.;

No. 00M14.  SIMMONS *v.* OFFICE OF PERSONNEL MANAGEMENT;

No. 00M16.  BROWN *v.* INDIANA DEPARTMENT OF CORRECTIONS ET AL.;

No. 00M17.  ALEXANDER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;

No. 00M18.  SHARP *v.* DARE COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.;

No. 00M19.  STROM *v.* MITCHELL ET AL.;

No. 00M20.  VINCENT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;

No. 00M21.  SIMS, PERSONAL REPRESENTATIVE FOR THE ESTATE OF RADCLIFF *v.* GREENVILLE COUNTY, SOUTH CAROLINA;

No. 00M22.  PHILIP *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.;

No. 00M23.  SANCHEZ *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY; and

No. 00M24.  ODUS *v.* UNITED STATES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00M6.  IN RE CLANCY.  Motion to direct the Clerk to file motion for leave to intervene in No. 99–830, *Stenberg, Attorney General of Nebraska, et al.* v. *Carhart* [530 U. S. 914], and other relief denied.

No. 00M7.  IN RE CLANCY.  Motion for leave to file declaration and other relief denied.

No. 00M11.  BUCHANAN *v.* DOE.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 00M13.  SEALED PETITIONER *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 00M15.  D. S. *v.* DISTRICT OF COLUMBIA.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 126, Orig.  KANSAS *v.* NEBRASKA ET AL.  Motion of Nebraska for leave to file first amended answer, counterclaim, and